AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Gateway Series E Computer**
**MFG Code 0033161568, formerly located**
**at Station 54, C. Burr Artz Library**
**110 East Patrick Street, Frederick, Maryland 21701**
**Currently located at 9325 Discovery Blvd, Manassas, VA**

**SEARCH WARRANT**

CASE NUMBER: 08-496-M 01

TO: __Marlo Arredondo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Marlo Arredondo** who has reason to believe that
(name, description and or location)

**Gateway E Series Computer, MFG Code 0033161568, formerly located at Station 54, C. Burr Artz Library, 110 East Patrick Street, Frederick, Maryland, 21701, currently located at 9325 Discovery Blvd, Manassas, VA**

in the Northern District of Virginia, there is now concealed a certain person or property, namely (describe the person or property)

**electronic communications, electronic documents, internet activity, and stored writings identifying a plan to kill witnesses or names of intended victims, suicide letters, or any other relevant electronic data.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___August 17, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 0 7 2008
_____
Date and Time Issued, pursuant to the domestic terrorism search warrant provisions of Rule 41(b)(3)

at Washington, D.C.

LAMBERTH, C.J. RCL
Name and Title of Judicial Officer

*Royce C. Lamberth*
Signature of Judicial Officer
LAMBERTH, C.J. RCL

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/7/08 | DATE AND TIME WARRANT EXECUTED<br>8/11/08   10:50 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>DARRELL BATSON |
| INVENTORY MADE IN THE PRESENCE OF   SA JAMES A. GRIFFIN, JR. | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) GATEWAY E SERIES COMPUTER TOWER
    MFG CODE 0033161568

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

FILED
AUG 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_Royce C. Lamberth_          8/12/08
U.S. Judge or U.S. Magistrate Judge          Date